**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 8, 2014**



C. Kathryn Preston
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Robert E Deis | : | Case No. 14-54400 |
| Joyce E Deis | : | Chapter 13 |
| | : | Judge C KATHRYN PRESTON |

### AGREED ORDER REQUIRING DEBTORS TO RESOLVE TRUSTEE'S OBJECTION TO CONFIRMATION (DOC. 40), SETTING DEADLINES AND CONTINUING THE CONFIRMATION HEARING

This matter is before the Court pursuant to an Order Setting a Hearing to Consider Confirmation of the Debtors' Chapter 13 Plan. The Chapter 13 Trustee, Frank M. Pees ("Trustee"), was represented by Attorney Don Mains. Debtors were represented by Attorney Katherine Brewer who appeared for W Mark Jump. The Parties agreed to the following:

1. The Debtors shall have until midnight (EST) on December 26, 2014 to resolve all the issues set forth in the Trustee's Objection to Confirmation filed on November 07, 2014, (Doc. 40) as updated on the Trustee's Docketing Website at http://dockets.ch13.org.

2. If the Debtors fail to resolve all the issues as set forth in Paragraph One the Trustee is authorized to file a Report to Court setting forth Debtors' failure to comply with this Order and submit an Order of Dismissal. Upon filing of the Trustee's Report to Court and proposed Order of Dismissal, this case may be dismissed without further notice or hearing.

3. If the Debtors resolve all the issues as set forth in Paragraph One a Confirmation Hearing will be held on this matter on January 08, 2015 at 1:00 P.M. in the United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, Courtroom C.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest

/s/Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
Tel: (614) 436-6700
Fax: (614) 436-0190
Email: trustee@ch13.org


/s/Katherine Brewer for W Mark Jump
Katherine Brewer (0087822)
2130 Arlington Avenue
Columbus OH, 43221
Tel: (614) 481-4480
Fax: (614) 487-2314
Email: bankruptcycourt@kjlaws.com

###