**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Robert E. Deis | : | Case No. 14-54400 |
|         Joyce E. Deis, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| | : | Judge Preston |

**STIPULATION REGARDING DEBTORS'**
**AMENDED CHAPTER 13 PLAN [DOCKET NO. 53]**

This Stipulation is entered into this 21st day of January, 2015, between Robert E. Deis and Joyce E. Deis ("Debtors") and the State of Ohio Department of Taxation ("DOT"). The parties hereby stipulate and agree to the treatment of DOT's claim number 8 as set forth in § H(3) of Debtors' Amended Chapter 13 Plan [Docket No. 53]. This Stipulation resolves the issues set forth in the DOT's Objection to Confirmation of the Plan. [Docket No. 51].

STIPULATED AND AGREED TO BY:

Mike DeWine, Attorney General of Ohio

| | |
|---|---|
| /s/ Danielle M. White | /s/ Katherine Brewer |
| Charles A. Mifsud (0070498) | Katherine Brewer (0087822) |
| Special Counsel to the Attorney General | W. Mark Jump (0062837) |
| Brian M. Gianangeli  (0072028) | Jump Legal Group, LLC |
| Danielle M. White (0092613) | 2130 Arlington Avenue |
| THE LAW OFFICE OF | Columbus OH, 43221 |
| CHARLES MIFSUD, LLC | Tel: (614) 481-4480 |
| 6305 Emerald Parkway | Fax: (614) 487-2314 |
| Dublin, OH 43016 | Email: bankruptcycourt@kjlaws.com |
| danielle.white@mifsudlaw.com | |
| Phone – (614) 389-5282 | Attorneys for Debtors |
| Fax – (614) 389-2294 | |

Attorneys for the State of Ohio
Department of Taxation